# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝖘𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
# 𝖋𝖔𝖗 𝖙𝖍𝖊 𝖘𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆
# 𝕭𝖗𝖚𝖓𝖘𝖜𝖎𝖈𝖐 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF TSI
TRI-STATE PAINTING, LLC,

     Plaintiff,

     v.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____

FEDERAL INSURANCE COMPANY,

     Counter Claimant,

     v.

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF TSI
TRI-STATE PAINTING, LLC,

     Counter Defendant.

CV 2:16-113

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 182, wherein they notify the Court that they wish to dismiss all claims and counterclaims asserted in this action with prejudice.  The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED with prejudice.**  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 7 day of September, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA